**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

CHARLES TALBERT,                  :   No. 17 EAP 2022

             Appellant        :   Appeal from the Order of
                                      :   Commonwealth Court dated April 27,
                                      :   2022 at No. 78 MD 2022

           v.                      :

                                      :

GEORGE LITTLE,                  :

                                      :

             Appellee          :

## ORDER

**PER CURIAM**                                   **DECIDED: January 19, 2023**

       **AND NOW,** this 19th day of January, 2023, the order of the Commonwealth Court is hereby **AFFIRMED**.